**Indigent No M** copies
Please Send me a copy of this Habeas Corpus. fee due

NAME **Wesley McIntosh**
**CSP-LAC-B3**
PRISON IDENTIFICATION / BOOKING NUMBER
**P.O. Box 4490**
ADDRESS OR PLACE OF CONFINEMENT
**Lancaster, CA. 93539-4490**

NOTE: It is your responsibility to notify the Clerk of Court in writing of any change of address. If represented by an attorney, provide his name, address and telephone number.

FILED
CLERK, U.S. DISTRICT COURT
SEP - 5 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**Wesley McIntosh**
FULL NAME
(Include name under which you were convicted)
Petitioner,

v.

(530)

**Haws**
NAME OF WARDEN, SUPERINTENDENT, JAILOR OR AUTHORIZED PERSON HAVING CUSTODY OF PETITIONER
Respondent.

CASE NUMBER:
CV- **CV08-5796 RGK (FMO)**
To be supplied by the Clerk of the United States District Court.

**PETITION FOR WRIT OF HABEAS CORPUS
BY A PERSON IN STATE CUSTODY
28 U.S.C. § 2254**

PLACE/COUNTY OF CONVICTION _____
PREVIOUSLY FILED, RELATED CASES IN THIS DISTRICT COURT
(List by case number)
CV- _____
CV- _____
CV- _____

(If petitioner is attacking a judgment which imposed a sentence to be served in the *future*, petitioner must fill in the name of the state where the judgment was entered. If petitioner has a sentence to be served in the *future* under a federal judgment which he wishes to attack, he should file a motion under 28 U.S.C. §2255, in the federal court which entered the judgment.)

## INSTRUCTIONS - READ CAREFULLY

This petition shall be legibly handwritten or typewritten, and signed by the petitioner, under penalty of perjury. You must set forth CONCISELY the answer to each question in the proper space on the form. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury.

You must not attach separate pages to this petition, except that ONE separate additional page is permitted in answering Question No. 10.

Upon receipt of a fee of $5.00 your petition will be filed if it is in proper order.

If you are seeking leave to proceed in forma pauperis (without paying the $5.00 filing fee and other court costs), then you must also complete and execute the declaration on the last two pages, setting forth information which establishes your inability to pay the fees and costs of the proceedings or to give security therefor. If you wish to proceed in forma pauperis, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution. If your prison account exceeds $25.00, you must pay the filing fee as required by the rule of the district court.

When the petition is completed, the original and two copies must be mailed to the Clerk of the United States District Court for the Central District of California, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012, ATTN: Intake/Docket Section.

A single petition should be used to challenge a particular State Court judgment of conviction and/or sentence.

Petitions which do not conform to these instructions will be returned with a notation as to the deficiency.

LODGED
CLERK, U.S. DISTRICT COURT
SEP - 4 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

CV-69 (07/02)

**PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY
28 U.S.C. § 2254**

PAGE 1 OF 9

PLEASE COMPLETE THE FOLLOWING: *(Check appropriate number)*

This petition concerns:

1. ☐ A conviction.
2. ☐ A sentence.
3. ☐ Prison discipline.
4. ☐ A parole problem.
5. ☑ Other.

## PETITION

1. Venue
   (a) Place of detention  CALIFORNIA State PRISON - Los Angeles County
   (b) Place of conviction  CCB, Los Angeles
   (c) Place sentenced  CCB, Los Angeles

2. Conviction on which the petition is based *(a separate petition must be filed for each conviction being attacked).*
   (a) Nature of offenses involved *(include all counts)*:  N/A

   (b) Penal or other code section or sections: 

   (c) Case number:  BA328501-01 - Supreme Ct # S164919
   (d) Date of conviction:  2-26-08
   (e) Date of sentence:  2-29-08
   (f) Length of sentence on each count:  3 yrs.

   (g) Plea *(check one)*
       ☑ Not guilty
       ☐ Guilty
       ☐ Nolo Contendere

   (h) Kind of trial: *(check one)*
       ☑ Jury
       ☐ Judge only
       ☐ Judge alone on transcript

   (i) Did you testify at the trial?
       ☑ Yes   ☐ No

---

**PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**
28 U.S.C. § 2254

3. Did you appeal from the conviction of sentence?
   ☑ Yes  ☐ No

4. If you did appeal, give the following information for each appeal:
   (a) (1) Name of court: Court of Appeals
       (2) Result: Still Pending

       (3) Date of result: _____
       (4) Citation or number of opinion: _____
       (5) Grounds raised (list each):
           (a) _____
           (b) _____
           (c) _____
           (d) _____
           (e) _____
           (f) _____
           (g) _____

   (b) (1) Name of court: _____
       (2) Result: _____

       (3) Date of result: _____
       (4) Citation or number of opinion: _____
       (5) Grounds raised (list each):
           (a) _____
           (b) _____
           (c) _____
           (d) _____
           (e) _____
           (f) _____
           (g) _____

5. If you did not appeal:
   (a) State your reasons _____

(b) Did you seek permission to file a late appeal?
☐ Yes  ☑ No

6. Other than a direct appeal, have you previously filed any petitions, applications or motions with respect to this conviction in any court, state or federal?
☑ Yes  ☐ No

7. If you answer to 6 was "Yes", give the following information:
(a) (1) Name of court: California Supreme Court, 2nd Appellate Court, U.S. Dist. Ct.
(2) Nature of proceeding: _____
(3) Grounds raised: Taking Witness Stand without Representation
(4) Result: Denied
(5) Date of result: Unknown at this time. My papers or not present with me.
(6) Citation or number of any written opinions or orders entered pursuant to each such disposition.
Resolve Direct Appeal first.

(b) (1) Name of court: _____
(2) Nature of proceeding: _____
(3) Grounds raised: _____
(4) Result: _____
(5) Date of result: _____
(6) Citation or number of any written opinions or orders entered pursuant to each such disposition.

(c) (1) Name of court: _____
(2) Nature of proceeding: _____
(3) Grounds raised: _____
(4) Result: _____
(5) Date of result: _____
(6) Citation or number of any written opinions or orders entered pursuant to each such disposition.

8. Was an evidentiary hearing held?
   ☑ Yes  ☐ No

   If so, state the name of the court, and the result: Denied: Exhaust Direct appeal Remedies first.

9. If your answer to 6 was "No", explain briefly why you did not seek post-conviction relief in the state courts.

   **CAUTION:** *Exhaustion Requirement:* In order to proceed in federal court, you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court. This means that even if you have exhausted as to some grounds, you must first present all other grounds to the state court.

10. State concisely every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground. If necessary, attach a **SINGLE** page only behind this page.

    **CAUTION:** If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date. You must state facts, not conclusions, in support of your grounds. (e.g., if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do). A rule of thumb is - who did exactly what to violate your rights at what time or place.

    (a) Ground one: This Prison is Denying me Access to Federal Court by holding my Certification forms for fee Waiver / In Forma Pauperis forms

    Supporting FACTS (tell your story BRIEFLY without citing cases or law): On 4-20-08 I Mailed off 4 Federal Certification Fee Waiver forms to Trust Account Dept. to verify my indigency, so that I may proceed In Forma Pauperis. The Trust Dept. gave my forms to my Counselor Ms. Spriggs who Refuses to give them to me for obvious Reasons. Ms. Spriggs has been holding my Certification forms for over 3 months.

    (b) Ground two: On 7-2-08 Ms. Pam, the Law Librarian talked with Counselor Spriggs concerning my Certification forms.

    Supporting FACTS (tell your story BRIEFLY without citing cases or law): Ms. Spriggs stated to Librarian Ms. Pam that she had the forms but did not notice them for 2 months and that she would mail them to me. I still have not received those forms. Because of Ms. Spriggs actions I can't proceed in this U.S. District Court with my Civil complaints I filed with this Court 4 months ago. I may not be able to proceed with this Complaint because this Complaint doesn't have "Certification" Attached

(c) Ground three: The 602 Appeal Process here at CSP-LAC is a joke and a hinderence to inmates.

Supporting FACTS (tell your story BRIEFLY without citing cases or law): I still havent received most of my Appeals back. I need to talk with my counselor and wrote several appeals and request to her but havent received a response back yet.

(d) Ground four: The Reception Center here is violating the 8th Amendment by Cruel and Unusual Punishment Due to over Crowding.

Supporting FACTS (tell your story BRIEFLY without citing cases or law): Im stuck in a two man cell all day without being able to use a phone. Its as if Im in a SHU Program for Disciplinary Reasons. Inmates Dont Regularly go to the Yard for excercise. The process of seeing a Counselor is hampered by over-crowded-ness. Theres No Phone time or T.V. time Due to Inmates having to Sleep in the Day Room.

11. If any of the grounds listed in 10 were not previously presented to this court or any other court, state briefly which grounds were not presented, and give your reasons: ____

12. Do you have any petition, appeal or parole matter pending in any court, either state or federal as to the judgment of conviction under attack?
☑ Yes   ☐ No

13. Are you presently represented by counsel?
☑ Yes   ☐ No
If so, provide name, address and telephone number: Micheal Shultz, 919 Albany St. Los Angeles, CA. 90015, Tele.# 213-247-0016

Case name and court: B206367

**WHEREFORE**, petitioner prays that the court grant petitioner relief to which he may be entitled in this proceeding.

_____
*Signature of Attorney (if any)*

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct. Executed on

9-1-08
*Date*

_____
*Signature of Petitioner*

(E) Grand Five: On 6-28-08 I talked with a Doctor about a Wart I had on my arm. The Doctor stated he can't prescribe me any medication because CDC doesn't cover it.

(G) Supporting Facts: The Doctor stated CDC doesn't cover that kind of illness because its considered "Cosmetic". I am being Denied Medication.

Supporting Cases, Rules, or other Authority
 U.S. Const. 8th Amend.

(F) GROUND SIX: The CDC Records Department is purposely mis-calculating prisoners time credits having prisoners spend more time in Jail than they supposed to.

(a) Supporting facts: I was sentenced to 3 years with half time but the Department of Corrections is not giving me my half time, as well as other inmates abroad. CDC policy today for all inmates is that the time they spent in Los Angeles County Jail or local county Jails Dont get that credit towards their half time because they consider County and State time seperate. CDC is abusing its power by mis applying and misstating the law. If a prisoner is doing time in a County Jail that inmate is still doing time in that state and time spent in Jail should also count towards half-time. Isnt the county a entity of the state? The County is a Department within the state. CDC is misstating the law and falsely imprisoning thousands of inmates for monetary purposes and other purposes other than Public Safety

Supporting Cases, Rules or other Authority
U.S. Const. 8th Amend, U.S. Const. 4th Amend.

pg. 9

# ACKNOWLEDGEMENT OF MAILING

I (A) Wesley McIntosh, am a resident of California State Prison-Los Angeles County (LAC) at Lancaster, County of Los Angeles, California, and I am at least 18 years of age. My mailing address is California State Prison-Los Angeles County, Facility_____, Bldg. B3, Bed 248, P. O. Box 4490, Lancaster, California 93539.

On (B) 9-1, 2008, I mailed a true and correct copy of the following document(s); *(YOU DO NOT HAVE TO GO INTO DETAIL ABOUT THE DOCUMENTS)*

Federal Habeas Corpus

On each party listed below by placing it in an envelope, with adequate postage or provided, and by depositing said envelope in a box for the United States Mail at LAC, 44750 60th Street West Lancaster, California 93536.

This copy is being mailed to (D): U.S. District Court
3 1 2 N. Spring St.
Los Angeles, CA. 90012

I have mailed additional copies to (D):

There is regular delivery service by the United States Mail between the above place of mailing and the parties listed.

I declare, under penalty of perjury, that the foregoing is true and correct.

Dated (E): 9-1, 2008, at Lancaster, California 93536.

Signed: _____, CDC#: G-25074

**Revised January 19, 2005**

```
LAC MAILROOM ACKNOWLEDGEMENT OF MAILING
          DATED: _____
          SIGNED: _____
```



**ALLEN ABERSMAN**
Acting
District Court Executive
and Clerk of Court

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**
312 North Spring Street, Room G-8 Los
Angeles, CA 90012
Tel: (213) 894-7984

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4570

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

Friday, September 05, 2008

**WESLEY MCINTOSH #G-25074**
**CSP - LAC-B3-248**
**P.O. BOX 4490**
**LANCASTER, CA. 93539-4490**

Dear Sir/Madam:

A [X] Petition for Writ of Habeas Corpus was filed today on your behalf and assigned civil case number CV08- 5796 RGK (FMO)

A [ ] Motion pursuant to Title 28, United States Code, Section 2255, was filed today in criminal case number _____ and also assigned the civil case number _____

Please refer to these case numbers in all future communications.

Please Address all correspondence to the attention of the Courtroom Deputy for:
   [ ] District Court Judge _____
   [X] Magistrate Judge      **Fernando M. Olguin**

at the following address:
   [X] U.S. District Court
       312 N. Spring Street
       Civil Section, Room G-8
       Los Angeles, CA  90012

   [ ] Ronald Reagan Federal
       Building and U.S. Courthouse
       411 West Fourth St., Suite 1053
       Santa Ana, CA  92701-4516
       (714) 338-4750

   [ ] U.S. District Court
       3470 Twelfth Street
       Room 134
       Riverside, CA 92501

The Court must be notified within fifteen (15) days of any address change. If mail directed to your address of record is returned undelivered by the Post Office, and if the Court and opposing counsel are not notified in writing within fifteen (15) days thereafter of your current address, the Court may dismiss the case with or without prejudice for want of prosecution.

Very truly yours,

Clerk, U.S. District Court

By: AGIGLIOT
    _____
    Deputy Clerk

CV-17 (01/01)          **LETTER re FILING H/C PETITION or 28/2255 MOTION**



**ALLEN ABERSMAN**
Acting
District Court Executive
and Clerk of Court

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**
312 North Spring Street, Room G-8  Los Angeles, CA  90012
Tel: (213) 894-3535

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4570

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

Friday, September 05, 2008

WESLEY MCINTOSH #G-25074
CSP - LAC-B3-248
P.O. BOX 4490
LANCASTER, CA. 93539-4490

Dear Sir/Madam:

Your petition has been filed and assigned civil case number       CV08- 5796 RGK (FMO)

Upon the submission of your petition, it was noted that the following discrepancies exist:

[X] 1. You did not pay the appropriate filing fee of $5.00.  Submit a cashier's check, certified bank check, business or corporate check, government issued check, or money order drawn on a major American bank or the United States Postal Service payable to 'Clerk U.S. District Court'.  If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's Declaration In Support of Request to Proceed In Forma Pauperis in its entirety.  The Clerk's Office will also accept credit cards (Mastercard, Visa, Discover, American Express) for filing fees and miscellaneous fees.  Credit card payments may be made at all payment windows where receipts are issued.

[X] 2. The Declaration in Support of Request to Proceed in Forma Pauperis is insufficient because:

[ ] (a) You did not sign your Declaration in Support of Request to Proceed in Forma Pauperis.

[ ] (b) Your Declaration in Support of Request to Proceed in Forma Pauperis was not completed in its entirety.

[X] (c) You did not submit a Certificate of Prisoner's Funds completed and signed by an authorized officer at the prison.

[ ] (d) You did not use the correct form.  You must submit this court's current Declaration in Support of Request to Proceed in Forma Pauperis.

[ ] (e) Other: _____

Enclosed you will find this court's current Prisoner's Declaration in Support of Request to Proceed in Forma Pauperis, which includes a Certificate of Funds in Prisoner's Account Form.

Sincerely,

Clerk, U.S. District Court
     AGIGLIOT
By: _____
     Deputy Clerk

CV-111 (07/06)            NOTICE re: DISCREPENCIES FOR FILING OF HABEAS CORPUS PETITION