FILED
CLERK, U.S. DISTRICT COURT

SEP 2 2 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

WESLEY MCINTOSH,

      Petitioner,

      v.

BRIAN HAWS, Warden,

      Respondent.

)
)
)
)
)
)
)
)
)
)
)

NO. CV 08-5796 RGK (FMO)

**JUDGMENT**

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: _09·16·08_____, 2008.

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE